UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her Official Capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity,<br><br>            Defendants. | **NOTICE OF MOTION**<br><br>No. 25-cv-744 (MAD) (PJE) |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, and all prior pleadings and proceedings herein, defendants the State of New York, New York Governor Kathleen Hochul, and New York Attorney General Letitia James, by their undersigned attorneys, will move this Court, before the Honorable Mae A. D'Agostino, at the James T. Foley United States Courthouse, 445 Broadway, Albany, New York 12207, at a date and time to be designated by the Court, for an order dismissing the complaint, dated June 12, 2025, pursuant to Fed. R. Civ. P. 12(b), and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
        August 4, 2025

                                            LETITIA JAMES
                                             *New York State Attorney General*
                                            Attorney for Defendants

                                    By:     /s/ Linda Fang
                                            Linda Fang
                                            Special Litigation Counsel
                                            28 Liberty Street
                                            New York, New York 10005
                                            (212) 416-8580

TO:   Cristen Handley (via ECF)
      *Counsel for Plaintiff*