UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

                Plaintiffs,

                v.

STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her Official Capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity,

                Defendants.

Case No.
25-cv-00744-MAD-PJE

### NOTICE OF MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the proposed amicus brief attached as Exhibit A, and all prior pleadings and proceedings herein, proposed *amici curiae* The Legal Aid Society, Immigrant Defense Project, Sanctuary for Families, New York County Defender Services, LatinoJustice PRLDEF, Neighborhood Defender Service of Harlem, Make the Road New York, and Brooklyn Defender Services, by their undesigned attorneys, will move this Court, before the Honorable Mae D'Agostino at the James T. Foley United States Courthouse, 445 Broadway, Albany, New York, at a date and time to be designated by the Court, for an order a) granting them leave to file the attached amicus curiae brief in support of Defendants' motion to dismiss and b) granting any other relief that the Court deems just and proper, pursuant to Local Rule 7.2.

Counsel for Plaintiff and Defendants have consented to the relief sought by this motion.

1

Dated: August 11, 2025
New York, NY

        Respectfully submitted,

        /s/ Evan Henley
        Meghna Philip (Bar No. 706580)
        Hasan Shafiqullah (Bar No. 706588)
        Alexander Lesman (Bar No. 706631)
        Evan Henley (Bar No. 706520)
        THE LEGAL AID SOCIETY
        49 Thomas Street, Floor 10
        New York, NY 10013
        Phone: (212) 577-3367
        Facsimile: (646) 616-4198
        mphilip@legal-aid.org

        Yasmine Farhang
        Nabilah Siddiquee
        IMMIGRANT DEFENSE PROJECT
        P.O. Box 1765
        New York, NY 10027
        (646) 760-0591
        yasmine@immdefense.org
        nabilah@immdefense.org

        Pooja Asnani
        SANCTUARY FOR FAMILIES
        P.O. Box 1406
        Wall Street Station
        New York, NY 10268
        (212) 349–6009
        pasnani@sffny.org

        Sergio De La Pava
        Legal Director
        NEW YORK COUNTY DEFENDER SERVICES
        100 William Street, 20th Floor
        New York, NY 10038
        sdelapava@nycds.org

3

Jose Perez
Rex Chen
LATINOJUSTICE PRLDEF
475 Riverside Drive, Suite 1901
New York, NY 10115
jperez@latinojustice.org
rchen@latinojustice.org

Piyali Basak
Managing Director
NEIGHBORHOOD DEFENDER SERVICE
OF HARLEM
317 Malcolm X Blvd., 10th floor
New York, NY 10027
(646) 483-3123
pbasak@ndsny.org

Paige Austin
MAKE THE ROAD NEW YORK
301 Grove St.
Brooklyn, New York 11237
Office: (718) 565-8500 ext. 4139
paige.austin@maketheroadny.org

Lucas Marquez
BROOKLYN DEFENDER SERVICES
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
(718) 254-0700
lmarquez@bds.org

To:

All counsel of record
*Via ECF*

## CERTIFICATE OF SERVICE

     I, Evan Henley, hereby certify that on August 11, 2025, I caused this Notice of Motion and the attached Memorandum of Law, Exhibit A (Proposed Amicus Brief), and Exhibit B (Proposed Order) to be filed on the Court's Electronic Case Filing system, which will provide electronic notice to all counsel of record.

                                      /s/ Evan Henley
                                      Evan Henley