# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

            Plaintiffs,

v.

STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her Official Capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity,

            Defendants.

Case No.

25-cv-00744-MAD-PJE

## [PROPOSED] ORDER

Pursuant to Local Rule 7.2, The Legal Aid Society, Immigrant Defense Project, Sanctuary for Families, New York County Defender Services, LatinoJustice PRLDEF, Neighborhood Defender Service of Harlem, Make the Road New York, and Brooklyn Defender Services have moved for leave to file an amicus brief in support of Defendants' motion to dismiss.

It is hereby ordered that the motion is GRANTED.

IT IS SO ORDERED.

Date: _____

                                            _____
                                            Hon. Mae D'Agostino
                                            United States District Judge