UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEW YORK; KATHLEEN HOCHUL, Governor of New York, in her Official Capacity; LETITIA A. JAMES, Attorney General of New York, in her Official Capacity,<br><br>Defendants. | Case No.<br>25-cv-00744-MAD-PJE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Evan Henley, an attorney with The Legal Aid Society, 49 Thomas Street, Floor 10, New York, NY 10013, hereby enters his appearance as counsel of record for the following *amici curiae* in the above-captioned matter: The Legal Aid Society, Immigrant Defense Project, Sanctuary for Families, New York County Defender Services, LatinoJustice PRLDEF, Neighborhood Defender Service of Harlem, Make the Road New York, and Brooklyn Defender Services.

Dated: August 11, 2025
      New York, NY

                                           Respectfully submitted,

                                           /s/ Evan Henley
                                           Evan Henley (Bar No. 706520)
                                           THE LEGAL AID SOCIETY
                                           49 Thomas Street, Floor 10
                                           New York, NY 10013
                                           Phone: (212) 298-5233
                                           Facsimile: (646) 616-4198
                                           ewhenley@legal-aid.org

**CERTIFICATE OF SERVICE**

    I, Evan Henley, hereby certify that on August 11, 2025, I caused this Notice of Appearance to be filed on the Court's Electronic Case Filing system, which will provide electronic notice to all counsel of record.

/s/ Evan Henley
Evan Henley