UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. 25-cv-744 (MAD) (PJE) |
| v. | Hon. Mae A. D'Agostino |
| State of New York et al., | |
| Defendant. | |

**NOTICE OF MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURAE***

PLEASE TAKE NOTICE that Hon. Janet DiFiore (Ret.), Hon. Lawrence K. Marks (Ret.), Hon. Albert M. Rosenblatt (Ret.), Hon. Leslie E. Stein (Ret.), Hon. Karen K. Peters, (Ret.), Hon. Alan D. Scheinkman (Ret.), Hon. Fern A. Fisher (Ret.), and Hon. Michael J. Obus (Ret.) (collectively, "Amici"), by their undersigned attorneys, respectfully move this Court, before the Honorable Mae A. D'Agostino, at the James T. Foley United States Courthouse, 445 Broadway, Albany, New York, 12207, at a date and time to be designated by the Court, for leave to file an *amicus* brief in support of Defendants' motion to dismiss the Complaint in this action, pursuant to the United States District Court for the Northern District of New York's Local Rule of Practice 7.2, and for such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: New York, New York<br>August 11, 2025 | Respectfully Submitted,<br><br>/s/ Kenneth E. Lee<br>**LEVINE LEE LLP**<br>Kenneth E. Lee (NDNY Bar No. 706634)<br>Scott B. Klugman (NDNY Bar No. 706629)<br>Julia R. Timerman (NDNY Bar No. 706630)<br>400 Madison Ave<br>New York, New York 10017<br>Telephone: (212) 223-4400<br>klee@levinelee.com<br>sklugman@levinelee.com<br>jtimerman@levinelee.com<br><br>**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**<br>Douglas E. Keith<br>Michael Milov-Cordoba<br>120 Broadway, 17th Floor<br>New York, New York 10271<br>Telephone: (646) 292-8310<br>keithd@brennan.law.nyu.edu<br>milov-cordobam@brennan.law.nyu<br><br>*Attorneys for Amici Curiae* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,<br><br>                Plaintiff,<br><br>        v.<br><br>State of New York et al.,<br><br>                Defendant. | No. 25-cv-744 (MAD) (PJE)<br><br>Hon. Mae A. D'Agostino |

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURAE*

In accordance with Local Rule 7.2, movants Hon. Janet DiFiore (Ret.), Hon. Lawrence K. Marks (Ret.), Hon. Albert M. Rosenblatt (Ret.), Hon. Leslie E. Stein (Ret.), Hon. Karen K. Peters, (Ret.), Hon. Alan D. Scheinkman (Ret.), Hon. Fern A. Fisher (Ret.), and Hon. Michael J. Obus (Ret.) (collectively, "Amici"), by their undersigned attorneys, respectfully seek this Court's leave to file the accompanying *amicus curiae* brief (attached hereto as Exhibit A) in support of Defendants' motion to dismiss the Complaint in this action. In support of this motion, *Amici* state as follows:

1. *Amici* are former New York State judges and justices whose combined experience includes more than 180 years of service on the bench, including serving as the Chief Judge of the New York Court of Appeals; the Chief Administrative Judge of the New York State Unified Court System responsible for overseeing the day-to-day operation of the Statewide court system; Deputy Chief Administrative Judge for New York City Courts; Associate Judge of the New York Court of Appeals; Presiding Justice of the Appellate Division Second and Third Departments; and Administrative Judge for the New York Supreme Court Criminal Term, New York County.

2. *Amici* have a unique perspective, based on their experiences as judges and justices, on why the outcome of this case would have an enormous effect on New York judges and the day-to-day operation of New York courthouses.

3. *Amici*'s brief focuses on two specific impacts to the judicial system and the rule of law should Plaintiff prevail in this case: first, the brief discusses how the invalidation of the Protect Our Courts Act would substantially interfere with judges' ability to maintain the order and safety necessary to effectively administer the justice system; and second, how allowing Immigration and Customs Enforcement to make warrantless courthouse civil arrests would have a chilling effect on immigrant communities' access to the justice system and, as a result, courts' ability to serve their communities.

4. Because these issues are relevant to this Court's decision, *Amici*'s brief may aid the Court.

For the foregoing reasons, *Amici* respectfully requests that the Court grant its motion for leave to file the accompanying brief as *amicus curiae* pursuant to Local Rule 7.2 and the proposed order attached as Exhibit B.

Dated: New York, New York
August 11, 2025

Respectfully Submitted,

/s/ Kenneth E. Lee
**LEVINE LEE LLP**
Kenneth E. Lee (NDNY Bar No. 706634)
Scott B. Klugman (NDNY Bar No. 706629)
Julia R. Timerman (NDNY Bar No. 706630)
400 Madison Ave
New York, New York 10017
Telephone: (212) 223-4400
klee@levinelee.com
sklugman@levinelee.com
jtimerman@levinelee.com

**BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW**
Douglas E. Keith
Michael Milov-Cordoba
120 Broadway, 17th Floor
New York, New York 10271
Telephone: (646) 292-8310
keithd@brennan.law.nyu.edu
milov-cordobam@brennan.law.nyu

*Attorneys for Amici Curiae*