# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>State of New York et al.,<br><br>Defendant. | No. 25-cv-744 (MAD) (PJE)<br><br>Hon. Mae A. D'Agostino |

**[PROPOSED] ORDER**

Upon review of the motion for leave to file an *amicus* brief, and accompanying exhibits, submitted to this Court pursuant to the United States District Court for the Northern District of New York's Local Rule of Practice 7.2, filed by *amicus curiae* Hon. Janet DiFiore (Ret.), Hon. Lawrence K. Marks (Ret.), Hon. Albert M. Rosenblatt (Ret.), Hon. Leslie E. Stein (Ret.), Hon. Karen K. Peters, (Ret.), Hon. Alan D. Scheinkman (Ret.), Hon. Fern A. Fisher (Ret.), and Hon. Michael J. Obus (Ret.) (collectively, "Amici"), the Court hereby **GRANTS** the application of *Amici* to file an *amicus* brief.

It is hereby ORDERED, that *Amici* should file the *amicus* brief attached to their motion on the docket within two (2) business days.

SO-ORDERED:

DATED: ______________________

______________________________________
United States District Court Judge