# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**
**Clerk**

**DANIEL R. MCALLISTER**
**Chief Deputy**

**Alexander Pirnie Federal Building**
**10 Broad Street**
**Utica, New York 13501**
**(315) 793-8151**

August 12, 2025

Douglas E. Keith, Esq.
Michael Milov-Cordoba, Esq.
Brennan Center for Justice at NYU School of Law
120 Broadway, 17 Floor
New York, NY 10271
keithd@brennan.law.nyu.edu and milov-cordobam@brennan.law.nyu

RE: United States of America vs. State of New York, et al.
NYND CASE NO. 1:25-CV-744 (MAD/PJE)

Dear Sir or Madam:

Please be advised that a notice of motion for leave to file an amicus brief was filed in the above case on August 11, 2025, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Susan Evans, Case Processing Specialist

cc: All Counsel of Record. (via CM/ECF)
    NDNY File