United States District Court
Northern District of New York
Alexander Pirnie Federal Building
Clerk 10 Broad Street
Utica, New York 13501



U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Aug 24 - 2025
John M. Domurad, Clerk

**RE: United States of America vs. State of New York, et al.**
NYND CASE NO. 1:25-CV-744 (MAD/PJE)

Dear Clerk of Court:

On August 11, 2025, Neighborhood Defender Service of Harlem, along with other *amici*, filed a notice of motion for leave to file an amicus brief in the case referenced above. *See* ECF No. 12. The Clerk of Court then notified Neighborhood Defender Service that its attorney needed to advise in writing if they would remain as counsel of record and seek admission to this Court (*see* EFC Doc. No. 32-4).

The attorney for *amicus curiae* Neighborhood Defender Service requests to withdraw as counsel of record in this case. Neighborhood Defender Service will proceed as *amicus curiae* in the referenced amicus brief, now accepted by the Court (*see* ECF Doc. No. 38), represented by counsel from The Legal Aid Society.

Respectfully submitted,

/s/ Piyali Basak

Piyali Basak, Esq.
Managing Director, Neighborhood
Defender Service of Harlem
317 Malcolm X Blvd., 10th Floor
New York, NY 10027
pbasak@ndsny.org