

**U.S. Department of Justice**

Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 1100 L Street NW |
| Washington, D.C. 20044 | Washington, D.C. 20005 |

---

Cristen C. Handley   Tel: (202) 305-2677
Trial Attorney   Fax: (202) 616-8470
  Cristen.Handley@usdoj.gov

**August 28, 2025**

<u>Via ECF Filing</u>

The Honorable Mae A. D'Agostino
United States District Court
445 Broadway
Albany, New York, 12207

      Re:  *United States v. State of New York et al.*, No. 1:25-cv-744 (MAD) (PJE)

To the Chambers of the Honorable Judge D'Agostino:

      I represent the United States in the above-referenced action, which presents Constitutional challenges to New York's "Protect Our Courts Act" ("POCA") and two related Executive Orders. Pursuant to the General Order entered in this case on June 12, 2025, a Rule 16 conference is scheduled for September 10, 2025, and a case management plan and initial disclosures are due by September 3, 2025. *See* ECF No. 2. The United States respectfully requests that the Rule 16 conference and related deadlines be postponed pending the Court's disposition of Defendants' motion to dismiss, *see* ECF No. 11, which will be fully briefed by October 3, 2025. Although Defendants' motion should be denied for the reasons explained in the United States' forthcoming opposition, Defendants' motion seeks relief that, if granted, would obviate the Rule 16 conference. Accordingly, in the interest of judicial economy and to preserve the Court's and the parties' resources, the Rule 16 conference should be postponed and, if appropriate, rescheduled to a date following the ruling on Defendants' motion to dismiss. I have conferred with counsel for Defendants, who agrees with the proposal to postpone the conference.

                                  Respectfully submitted,

                                  */s/Cristen C. Handley*

Cristen C. Handley
Trial Attorney
United States Department of Justice, Civil Division
Federal Programs Branch

*Attorney for the United States*