UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
             **Plaintiff,**

vs.                                                          1:25-CV-744
                                                             (MAD/PJE)

**STATE OF NEW YORK; KATHLEEN HOCHUL,**
*Governor of New York, in her Official Capacity*; and
**LETITIA A. JAMES,** *Attorney General of New York, in her Official Capacity*,
             **Defendants.**

---

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (Dkt. No. 11) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 17th day of November, 2025.

DATED: November 17, 2025

*John Domurad*
Clerk of Court

s/Britney Norton
Deputy Clerk