# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK
(Albany Division)

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF NEW YORK *et al.*,

    Defendants.

No. 1:25-cv-744-MAD-PJE

## NOTICE OF APPEAL

Please take notice that Plaintiff the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from this Court's Judgment entered November 17, 2025, ECF No. 67, and its accompanying Memorandum Decision and Order, ECF No. 66.

Dated: January 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division
Federal Programs Branch

JOHN A. SARCONE III
Acting United States Attorney
Northern District of New York

ALEXANDER K. HAAS
Director

JACQUELINE COLEMAN SNEAD
Assistant Director

1

/s/ *Jacqueline C. Lau*
Jacqueline C. Lau (D.C. Bar No. 90024952)
Cristen C. Handley (MO Bar. No. 69114)
Elisabeth J. Neylan (N.Y. Bar Reg. No. 6125736)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: 202-598-0914
E-mail: Jacqueline.c.lau@usdoj.gov

*Attorneys for the United States*