

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on January 15, 2026 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically. Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s): 33-34, 42, and 51

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 16th day of January, 2026.

*John Domurad*
Clerk of Court

By:    s/Susan Evans
       Deputy Clerk

## Case Information

Case Name & Case No.    United States of America v. State of New York, et al. 1:25-CV-0744
Docket No. of Appeal:    69
Document Appealed:    66-67 (Order and Judgment)

Fee Status:    Waived (IFP/CJA) ___ X_ (U.S. Government)

Counsel:    Retained _X_    Pro Se ___

Time Status:    Timely _X_    Untimely ___

Motion for Extension of Time:    N/A

Certificate of Appealability:    Granted ___    Denied ___    N/A _X_