

**U.S. Department of Justice**
Civil Division
Federal Programs Branch

| **Mailing Address** | **Overnight Delivery Address** |
|---|---|
| P.O. Box 883 | 1100 L Street NW |
| Washington, D.C. 20044 | Washington, D.C. 20005 |

Cristen C. Handley  
Trial Attorney

Tel: (202) 305-2677  
Fax: (202) 616-8470  
Cristen.Handley@usdoj.gov

**March 12, 2026**

<u>Via ECF Filing</u>

The Honorable Mae A. D'Agostino
United States District Court
445 Broadway
Albany, New York, 12207

      Re:   *United States v. State of New York et al.*, No. 1:25-cv-744 (MAD) (PJE)

Dear Judge D'Agostino:

      Pursuant to N.D.N.Y. Local Rule 11.1(b), I write on behalf of Plaintiff the United States of America to request the termination of my appearance from the above-referenced case. My last day with the U.S. Department of Justice is March 17, 2026. Please remove me from the docket and terminate the service of documents upon me as counsel for Plaintiff in this action. Department of Justice attorneys Jacqueline Lau and Elisabeth Neylan have already appeared in this matter on behalf of Plaintiff.

      Thank you for your consideration of this request.

                              Respectfully submitted,

                              <u>*/s/Cristen C. Handley*</u>
                              Cristen C. Handley
                              Trial Attorney
                              United States Department of Justice, Civil Division
                              Federal Programs Branch

                              *Attorney for the United States*